UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          Case No. 1:22-cr-20187-1

v.                                        Honorable Thomas L. Ludington
                                              United States District Judge

RICARDO DELGADO II,

        Defendant.
_____/

**OPINION AND ORDER DENYING AS MOOT DEFENDANT'S MOTION TO SEVER**

In February 2021, the FBI began investigating a suspected drug-trafficking operation in Saginaw, Michigan. *See generally United States v. Delgado*, 682 F. Supp. 3d 661 (E.D. Mich. 2023). The investigation led the Government to bring charges against 15 suspected drug traffickers, including Defendant Ricardo Delgado II, who was arrested in March 2022 and charged with three drug counts, five firearm counts, and one count of using a communication facility in furtherance of a felony. ECF No. 647. After years of stipulated adjournments, Defendant's trial is scheduled to begin on June 20, 2024. *See* ECF No. 631.

In February 2023, Defendant filed a motion seeking to sever the charges against him from the charges brought against alleged coconspirators, arguing that six of the 14 Codefendants "are not alleged to have been involved in any conspiracy with Defendant and the allegations concern alleged violations outside the time frame of the alleged conspiracy of Defendant." ECF No. 268 at PageID.721–22. Defendant thus requested a severance and a separate trial. *Id.* at PageID.724.

But all 14 Codefendants in this case have pleaded guilty and have either been sentenced or are awaiting sentencing, so Defendant will not have a joint trial. Moreover, the charges against Defendant that will be presented to the jury come from the Third Superseding Indictment, which

- 2 -

charges *only* Defendant with nine criminal counts. *See* ECF No. 647. Thus, the relief Defendant sought is now moot, so his Motion will be denied as such.

Accordingly, it is **ORDERED** that Defendant's Motion to Sever, ECF No. 268, is **DENIED AS MOOT**.

**This is not a final order and does not close the above-captioned case**.


Dated: June 17, 2024　　　　　　　　　　　　　s/Thomas L. Ludington
　　　　　　　　　　　　　　　　　　　　　　　THOMAS L. LUDINGTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge